B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

**IN RE**

| | |
|---|---|
| RHETT LOUIS BLACKMER<br>SSN: xxx-xx-3077 | CASE NO.     11-18442 EEB |
| **DEBTOR.** | CHAPTER     7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART** A – Debts secured by property of the estate. (*Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.*)

---

Property No. 1

| **Creditor's Name:** | **Describe property securing Debt:** |
|---|---|
| Public Service Credit Union<br>7055 E. Evans Avenue<br>Denver, CO  80224 | 2007 Chevrolet Silverado 1500 truck |

Property will be *(check one)*:
  ____  Surrendered                    __X__  Retained

If retaining the property, I intend to *(check at least one)*:
  ____  Redeem the property.
  _X_   Reaffirm the debt.
  ____  Explain:_____

Property is *(check one)*:
  ____  Claimed as exempt                    _____  Not claimed as exempt.

---

Property No. 2

| **Creditor's Name:** | **Describe property securing Debt:** |
|---|---|
| | |

Property will be *(check one)*:
  ____  Surrendered                    _____  Retained

If retaining the property, I intend to *(check at least one)*:
  ____  Redeem the property.
  ____  Reaffirm the debt.
  ____  Explain:_____

Property is *(check one)*:
  ____  Claimed as exempt                    _____  Not claimed as exempt.

B 8 (Official Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:** | **Describe property securing Debt:** |

Property will be *(check one)*:
    ____ Surrendered      _____ Retained

If retaining the property, I intend to *(check at least one)*:
    ____ Redeem the property.
    ____ Reaffirm the debt.
    ____ Explain:_____

Property is *(check one)*:
    ____ Claimed as exempt      _____ Not claimed as exempt.

**PART B –** Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's name:** | **Describe leased property** | Lease will be assumed pursuant to 11U.S.C. section 365 (p)(2):<br><br>____ Yes     ____ No |

  _-0-_ continuation sheets attached *(if any)*.

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Dated: <u>April 8, 2011</u>      *s/Rhett L. Blackmer*_____
                             Rhett L. Blackmer                     Signature of Debtor

B 8 (Official Form 8) (12/08)

## CERTIFICATE OF MAILING

      This is to certify that a true and correct copy of Chapter 7 - Individual Debtor's Statement of Intention was mailed, postage prepaid and deposited into the U.S. Mail the 15th day of April, 2011, to:

United States Trustee's Office
999 Eighteenth Street, Suite 1551
Denver, CO 80202

James R. Broumer, Esq.
Interim Chapter 7 Trustee
P.O. Box 987
Denver, CO 80201

Public Service Credit Union
7055 E. Evans Avenue
Denver, CO 80224

                              /s/ Brenda Ishida